IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00610-JLK

SANDRA STEINFIELD, et al.,
Plaintiffs,

v.

EmPG INT'L, LLC, et al.,
Defendants.

---

**ORDER GRANTING DEFENDANT EmPG INT'L, LLC'S MOTION FOR LEAVE TO FILE DESIGNATION OF NONPARTIES AT FAULT PURSUANT TO COLO. REV. STAT. § 13-21-111.5 (2015)**

---

THIS MATTER comes before the court on the Defendant EmPG INT'L, LLC'S Motion for Leave to File Designation of Nonparties at Fault Pursuant to COLO. REV. STAT. § 13-21-111.5 (2015). The Court having reviewed the motion (Doc. 26) and being otherwise sufficiently advised in the premises hereby GRANTS the motion.

IT IS HEREBY ORDERED that the defendant shall file a Designation of Nonparties at Fault Pursuant to COLO. REV. STAT. § 13-21-111.5 (2015) on or before December 1, 2015.

Dated this 16th day of November, 2015.

BY THE COURT

_____
JOHN L. KANE
DISTRICT COURT JUDGE